**City of Chicago, appellee, v. Georgie Clark, appellant. Gen. No. 28,619.**

Action to recover penalty for violation of ordinance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Adolph Marks, for appellant. Francis X. Busch, Corporation Counsel, Samuel Pincus, Prosecuting Attorney, and Jas. O'D. Willey, for appellee; Eliot H. Evans, Chief Assistant Prosecuting Attorney, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Jacob Schwartz, trading as Schwartz & Schwartz, defendant in error, v. John Lux and Maria Lux, plaintiffs in error. Gen. No. 28,641.**

Action to recover commission for securing purchaser for real estate. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed. Opinion filed June 25, 1924.

Cavanagh & Pakenham, for plaintiffs in error; Fred W. Story, of counsel. John R. McCabe, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**Loretta R. Farwell, plaintiff in error, v. Ava W. Farwell, defendant in error. Gen. No. 28,690.**

Action for damages for alienation of affections. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. F. R. De Young, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 25, 1924.

Hopkins, Starr & Hopkins, for plaintiff in error. Ashcraft & Ashcraft, for defendant in error; E. M. Ashcraft, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Frank Krisan, plaintiff in error. Gen. No. 28,670.**

Action to recover penalty for violation of ordinance. Judgment for plaintiff. Error to the Criminal Court of Cook county; the Hon. Charles A. MacDonald, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Reversed. Opinion filed June 25, 1924.

Edward H. Morris and James B. Cashin, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Henry T. Chace, Jr., Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Taylor delivered the opinion of the court.